FILED
**United States Court of Appeals**
**Tenth Circuit**

**October 15, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

—————————————————

ECHOSTAR CORPORATION,

    Petitioner,

v.

FEDERAL COMMUNICATIONS
COMMISSION, et al.,

    Respondents.

No. 25-9567
(FCC Nos. 25-70, 25-71 & 13-185)
(Federal Communications Commission)

—————————————————

## ORDER

—————————————————

This matter is before the court on the parties' *Joint Motion to Hold Case in Abeyance*. Parties indicate that they are "currently in active negotiations to resolve this dispute" which would "obviate the need for litigation." They seek to abate the matter pending the conclusion of these negotiations.

Upon consideration, the motion is GRANTED, all pending deadlines are VACATED, and this petition is ABATED pending further order of the court. Within **sixty** days of the date of this order, the parties shall file a joint report to advise this court of the status of their negotiations. If the negotiations conclude prior to that date, Petitioner shall notify the court within five days of the conclusion of negotiations.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk