# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

ECHOSTAR CORPORATION,

   *Petitioner*,

      v.

FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,

   *Respondents*.

No. 25-9567

On Petition for Review of an Order of
the Federal Communications Commission

## JOINT STATUS REPORT

Petitioner and Respondents respectfully submit this Joint Status Report pursuant to the Court's October 15, 2025 Order granting the parties' Joint Motion to Hold Case in Abeyance, vacating all pending deadlines, and abating the Petition for Review pending further order of the Court (Dkt. 16).

Since the Court's Order, the parties have remained in active negotiations in an effort to resolve this dispute in a manner that would obviate the need for litigation. The parties therefore request that this Court continue to hold this case in abeyance during the pendency of the

parties' ongoing negotiations. The parties propose to continue to file periodic status reports at 60-day intervals and to notify the Court within five days of the conclusion of the negotiations.

| | |
|---|---|
| Dated: December 15, 2025 | Respectfully submitted, |
| <u>/s/ Pantelis Michalopoulos</u> | /s/ <u>Jacob M. Lewis</u> |
| Pantelis Michalopoulos<br>Matthew R. Friedman<br>Andrew Magloughlin<br>STEPTOE LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>(202) 429-3000<br>pmichalopoulos@steptoe.com<br><br>*Counsel for EchoStar Corporation* | D. Adam Candeub<br>  *General Counsel*<br><br>Jacob M. Lewis<br>  *Associate General Counsel*<br><br>Maureen K. Flood<br>  *Counsel*<br><br>FEDERAL COMMUNICATIONS<br>  COMMISSION<br>45 L Street NE<br>Washington, DC 20554<br>(202) 418-1740<br>fcclitigation@fcc.gov<br><br>*Counsel for Respondent Federal Communications Commission*<br><br>/s/ <u>Robert Nicholson</u><br>Robert Nicholson<br>Robert J. Wiggers<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br>(202) 514-2489<br><br>*Counsel for United States of America* |