# IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

ECHOSTAR CORPORATION,

    *Petitioner,*

       v.

FEDERAL COMMUNICATIONS COMMISSION
and UNITED STATES OF AMERICA,

    *Respondents.*

No. 25-9567

On Petition for Review of an Order of
the Federal Communications Commission

## JOINT STATUS REPORT

Petitioner and Respondents respectfully submit this Joint Status Report pursuant to the Court's December 15, 2025 Order granting the continuance of the abatement of this matter (Dkt. 18). The Court's Order requires the parties to file, within 60 days, and every 60 days thereafter, a joint status report advising the Court as to the status of settlement negotiations and to notify the Court within five days of any event that affects the abatement of this matter.

Since the Court's Order, the parties have remained in active negotiations in an effort to resolve this dispute in a manner that would

obviate the need for litigation.  The parties will continue to file joint status reports at 60-day intervals and notify the Court within five days of any event that affects the abatement of this matter.

Dated:  February 13, 2026

Respectfully submitted,

_/s/  Pantelis Michalopoulos_

Pantelis Michalopoulos
Matthew R. Friedman
Andrew Magloughlin
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-3000
pmichalopoulos@steptoe.com

*Counsel for EchoStar Corporation*

/s/   _Jacob M. Lewis_

D. Adam Candeub
  *General Counsel*

Jacob M. Lewis
  *Associate General Counsel*

Maureen K. Flood
  *Counsel*

FEDERAL COMMUNICATIONS
  COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for Respondent Federal Communications Commission*

/s/   _Robert Nicholson_
Robert Nicholson
Robert J. Wiggers
U.S. DEPARTMENT OF
JUSTICE
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-2489

*Counsel for United States of America*